THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CON-
SOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY,
Respondent, *v.* EDWARD P. BARKER et al., Commissioners of
Taxes and Assessments of the City and County of New
York, Appellants.

151  639
161  204
151  639
78 AD 316

*People ex rel. Subway Co.* v. *Barker,* 7 App. Div. 27, affirmed.
(Argued November 30, 1896; decided December 15, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1896, which reversed an order of Special Term dismissing a writ of certiorari issued to review the proceedings of appellants in assessing for taxation the capital and surplus of the respondent for the year 1895.

*Francis M. Scott* and *James M. Ward* for appellants.

*John C. Tomlinson* for respondent.

Order affirmed, with costs; no opinion.
All concur.